ANNA HORVATH et al., complainants-respondents,

*v.*

PERTH AMBOY FIRST HUNGARIAN SOCIAL AND SICK BENEFIT ST. ELIZABETH ROMAN AND GREEK CATHOLIC LADIES SOCIETY, defendant-appellant.

[Decided April 30th, 1937.]

42

44

*Mr. Lewis S. Jacobson,* for the defendant-appellant.

*Mr. Edmund A. Hayes,* for the complainant-respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—PARKER, HEHER, JJ. 2.